administratrix, etc., of Seele H. Ellis, deceased, against the New York & Long Island Traction Company.

PER CURIAM. Judgment and order affirmed, with costs.

JENKS, P. J., and THOMAS, J., dissent.

---

ELMHURST FIRE CO., Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. May 16, 1913.) Action by the Elmhurst Fire Company against· the City of New York. No opinion. Judgment modified, by striking therefrom so much of the provisions thereof as provide for the cancellation of the tax for the year 1902, and, thus modified, affirmed, without costs.

---

EMPIRE CITY LUMBER CO. v. S. & I. HOLDING CO., et al. (Supreme Court, Appellate Division, Second Department. May 9, 1913.) Action by the· Empire City Lumber Company against the S. & I. Holding Company and others. No opinion. Motion for stay granted, on condition that appellant give a bond to indemnify the respondent against loss, to the extent of $500, in case the judgment appealed from should be affirmed; otherwise, motion denied, without costs.

---

ENGLAND v. BLOCK. (Supreme Court, Appellate Division, First Department. May 16, 1913.) Action by Gwendolyn England against Frank Block. No opinion. Application denied, with $10 costs. Order signed.

---

EPSTEIN, Respondent, v. LEVENSON et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 11, 1913.) Action by Morris Epstein against Louis Levenson and others. No opinion. Order affirmed, with $10 costs and disbursements.

---

EQUITABLE TRUST CO., Respondent, v. CARPENTER et al. Appellants. (Supreme Court. Appellate Division, First Department. April 18, 1913.) Action by the Equitable Trust Company against Reese Carpenter and another. J. Gerdes, of New York City, for appellants. H. S. Marshall, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

ERWIN, Respondent, v. LUTMAN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. April 30, 1913.) Action by Arthur H. Erwin, individually and as trustee, etc., against Harriet L. Lutman, individually and as executrix, etc., and others.

PER CURIAM. Interlocutory judgment reversed, the verdict of· the jury set aside, and a new trial granted, upon questions of law and fact, with costs to appellants to abide event. Held, that the verdict of the jury and the finding of the trial court that the deed was procured to be executed and delivered by means of fraud and undue influence practiced upon the grantor are contrary to and against the weight of the evidence.

McLENNAN, P. J., not sitting.

---

EVANS et al., Respondents, v. PELTA et al., Appellants. (Supreme Court, Appellate Division, First Department, May 23, 1913.) Action by Berthan Evans and another against Charles J. Pelta and another. H. A. Rosenberg, of New York City, for appellants. N. Friedman, of New York City, for respondents. No opinion. Determination reversed, and complaint dismissed, with costs, on 146 App. Div. 749, 131 N. Y. Supp. 411. Settle order on notice. See, also, 154 App. Div. 941, 139 N. Y. Supp. 1122.

---

FALLERT v. MASSACHUSETTS BONDING & INS. CO., et al. (Supreme Court, Appellate Division, First Department. May 2, 1913.) Appeal from Special Term, New York County. Action by Herman Fallert, as administrator, against the Massachusetts Bonding & Insurance Company and another. From a judgment on an order granting plaintiff's motion for judgment on the pleadings, and from said order, defendant named appeals. Reversed. Horace L. ·Cheyney, of New York City, for appellant. Milton Mayer, of New York City, for respondent.

PER CURIAM. Judgment and order reversed, with costs, on authority of Miano ·v. Empire State Surety Co.. 153 App. Div. 423, 138 N. Y. Supp. 475.

---

FARLEY, State Excise Com'r, Appellant, v. WOOD et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. April 30, 1913.) Action by William W. Farley as State Commissioner of Excise of the State of New York, against Fred R. Wood and the American Surety Company of New York. No opinion. Judgment and order affirmed, with costs.

---

FARRAND v. WITTNER. (Supreme Court, Appellate Division, First Department. April 11, 1913.) Action by Nelson A. Farrand against Hyman Wittner. No opinion. Application denied, with $10 costs. Order signed. See, also, 140 N. ᴟY. Supp. 85.

---

In re FEDERAL UNION SURETY CO. (Supreme Court, Appellate Division, First Department. April 11, 1913.) In the matter of the Federal Union Surety Company. No opinion. Motion denied. Order filed. See also, 140 N. Y. Supp. 1118.

---

·FELDMAN et al., Respondents, v. DICKSTEIN et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 13, 1913.) Action by Annie Feldman and others against Alexander Dickstein and others. No opinion. Motion for reargument (of 140 N. Y. Supp. 1118) denied, with $10 costs.